

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2021

No. 04-20-00570-CV

**IN RE Joe Anthony ESPINOZA**

Original Mandamus Proceeding[1]

**ORDER**

On November 25, 2020, relator filed a petition for writ of mandamus and a motion for temporary relief, which this court granted on December 23, 2020. The real party in interest filed a response. After considering the petition and the record, this court concludes relator did not show he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

The stay issued on December 23, 2020 is LIFTED.

It is so **ORDERED** on January 20, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 1915C, styled *In the Interest of J.A.E., Jr., a Child*, pending in the County Court at Law, Kerr County, Texas, the Honorable Susan Harris signed the order at issue in this proceeding.